IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

| | |
|---|---|
| ROSENFIELD AND COMPANY, PLLC, a Florida Professional Limited Liability Company, | CASE NO.: |
|         Plaintiff, | |
| v. | |
| STAR AUTOMOTIVE GROUP, INC., a foreign corporation; STAR AUTO BODY OF QUEENS VILLAGE, LLC, a foreign limited liability company; STAR AUTO SALES OF BAYSIDE, INC., a foreign corporation, d/b/a STAR TOYOTA; STAR AUTO SALES OF QUEENS, LLC, a foreign limited liability company; STAR AUTO SALES OF QUEENS COUNTY, LLC, a foreign limited liability company, d/b/a STAR FIAT; METRO CHRYSLER PLYMOUTH INC., a foreign corporation, d/b/a STAR CHRYSLER JEEP DODGE RAM SRT FIAT; STAR HYUNDAI, LLC, a foreign limited liability company, d/b/a STAR HYUNDAI STAR GENESIS OF BAYSIDE; STAR NISSAN, INC., a foreign corporation, d/b/a STAR NISSAN; 205-11 NORTHERN BOULEVARD LLC, a foreign limited liability company; 210-10 JAMAICA AVENUE LLC, a foreign limited liability company; 211-48 JAMAICA AVENUE, LLC, a foreign limited liability company; KOUFAKIS REALTY, LLC, a foreign limited liability company; KOUFAKIS REALTY 211-52 JAMAICA AVENUE, LLC, a foreign limited liability company; THE JOHN M. KOUFAKIS GRANDCHILDRENS TRUST; SHAILJA BHATNAGER, an individual; EILEEN KOUFAKIS, an individual; JOHN A. KOUFAKIS, an individual; LYNNE S. KOUFAKIS, an individual; MICHAEL KOUFAKIS, an individual; and STEVEN M. KOUFAKIS, an individual, | |
|         Defendants. | |

## **COMPLAINT**

Plaintiff Rosenfield and Company, PLLC ("R&Co"), sues Defendants, and state:

**Jurisdiction and Venue**

1.      This is an action for damages in excess of $15,000, exclusive of interest, costs, and attorneys' fees.

2.      This Court has jurisdiction over this case pursuant to Section 26.012, Florida Statutes.

3.      This Court also has personal jurisdiction over Defendants pursuant to Florida's Long-Arm Statute, Section 48.193, Florida Statutes, because Defendants breached their respective duties under agreements with R&Co for services performed in Florida, and because they engaged in substantial and not isolated business activity in Florida.

**Parties**

4.      Plaintiff, R&Co is a Florida limited liability company with its principal place of business in Orlando, Orange County, Florida.

5.      Defendant, Star Automotive Group, Inc. is a foreign corporation with its principal place of business in Farmingdale, Nassau County, New York.

6.      Defendant, Star Auto Body of Queens Village, LLC is a foreign limited liability company, with its principal place of business in Queens, New York.

7.      Defendant, Star Auto Sales of Bayside, Inc., is a foreign corporation, d/b/a Star Toyota with its principal place of business in Bayside, New York.

8.      Defendant, Star Auto Sales of Queens, LLC, is a foreign limited liability company, with its principal place of business in Bayside, New York.

9.      Defendant, Star Auto Sales of Queens County, LLC, is a foreign limited liability company, d/b/a Star Fiat.

10.    Defendant, Metro Chrysler Plymouth Inc., is a foreign corporation, d/b/a Star Chrysler Jeep Dodge Ram SRT Fiat, with its principal place of business in Queens, New York.

11.    Defendant, Star Hyundai, LLC, is a foreign limited liability company, d/b/a Star Hyundai Star Genesis of Bayside, with its principal place of business in Bayside, New York.

12.    Defendant, Star Nissan, Inc., is a foreign corporation, d/b/a Star Nissan with its principal place of business in Bayside, New York.

13.    Defendant, 205-11 Northern Boulevard, LLC, is a foreign limited liability company with its principal place of business in Bayside, New York.

14.    Defendant, 210-10 Jamaica Avenue LLC, is a foreign limited liability company with its principal place of business in Bayside, New York.

15.    Defendant, 211-48 Jamaica Avenue, LLC, is  foreign limited liability company with its principal place of business in Bayside, New York.

16.    Defendant, Koufakis Realty, LLC, is a foreign limited liability company with its principal place of business in Bayside, New York.

17.    Defendant, Koufakis Realty 211-52 Jamaica Avenue, LLC, is a foreign limited liability company with its principal place of business in Bayside, New York.

18.    Defendant, The John M. Koufakis Grandchildrens Trust is a Trust that hired R&Co to perform tax services on behalf of the Trust.

19.    Defendant, Shailja Bhatnager, is an individual residing in the State of New York.

20.    Defendant, Eileen Koufakis, is an individual residing in the State of New York.

21.    Defendant, John A. Koufakis, is an individual residing in the State of New York, and the Chief Executive Officer of Star Nissan, Inc.

22.    Defendant, Lynne S. Koufakis, is an individual residing in the State of New York.

3

23.     Defendant, Michael Koufakis, is an individual residing in the State of New York, and the Chief Executive Officer of Star Auto Sales of Bayside, Inc.

24.     Defendant, Steven M. Koufakis, is an individual residing in the State of New York.

## Count I – Account Stated

25.     R&Co incorporates paragraphs 1 through 24 as if stated herein.

26.     Defendants engaged R&Co to perform tax accounting and auditing services.

27.     As part of the agreement to engage R&Co, Defendants agreed to pay R&Co for services performed.

28.     R&Co invoiced Defendants for its services.  A true and correct copy of the invoices are attached hereto as Composite Exhibit "A."

29.     Defendants have not paid the outstanding invoices.

30.     Defendants owe the below outstanding amounts, including interest.

WHEREFORE, Plaintiff, Rosenfield & Company, PLLC, respectfully requests this Honorable Court to render an Order and Final Judgment awarding R&Co damages plus pre-judgment interest and costs against Defendants as follows:

A. Star Automotive Group, Inc., in the total amount of $93,129.68;

B. Star Auto Body of Queens Village, LLC, in the total amount of $99.00;

C. Star Auto Sales of Bayside, Inc., d/b/a Star Toyota, in the total amount of $3,598.75;

D. Star Auto Sales of Queens, LLC, in the total amount of $290.00;

E. Star Auto Sales of Queens County, LLC, d/b/a Star Fiat, in the total amount of $150.00;

F.  Metro Chrysler Plymouth Inc, d/b/a Star Chrysler Jeep Dodge Ram SRT Fiat, in the total amount of $614.00;

G.  Star Hyundai, LLC, d/b/a Star Hyundai Star Genesis of Bayside, in the total amount of $9,000.75;

H.  Star Nissan, Inc., d/b/a Star Nissan, in the total amount of $150.00;

I.  205-11 Northern Boulevard, LLC, in the total amount of $377.50;

J.  210-10 Jamaica Avenue, LLC, in the total amount of $140.00;

K.  211-48 Jamaica Avenue, LLC, in the total amount of $140.00;

L.  Koufakis Realty, LLC, in the total amount of $280.00;

M.  Koufakis Realty 211-52 Jamaica Ave, LLC, in the total amount of $140.00;

N.  The John M. Koufakis Grandchildrens Trust in the total amount of $364.50;

O.  Shailja Bhatnager and John A. Koufakis, jointly, in the total amount of $5,728.00;

P.  Steven M. Koufakis and Eileen Koufakis, jointly, in the total amount of $4,048.00; and

Q.  Lynn S. Koufakis and Michael Koufakis, jointly, in the total amount of $3,528.00.


Respectfully submitted this 20th day of April, 2020,

*/s/ Brock Magruder*
**Jason Zimmerman**
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Address:
kathy.savage@gray-robinson.com
shawna.tucker@gray-robinson.com
**Brock Magruder**
Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com

5

Secondary Email Address:
cindi.garner@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Plaintiff*



**ROSENFIELD & Co., PLLC**
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*CC: Mike Koufakis*
*545 Fifth Avenue*
*New York, NY  10017*

*Invoice No.21871*
*Date      02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/06/2020 | General Consulting Services Discussing next steps in Voynow case with Ken and Scott | Rosenfield(A) | 0.50 | $ 137.50 |
| 01/07/2020 | Litigation Support | Jamnik | 1.91 | 525.25 |
| 01/08/2020 | General Consulting Services Phone call to discuss action plan with team, Star, and Steve Rambam | Rosenfield(A) | 0.75 | 206.25 |
| 01/10/2020 | Litigation Support Review of Rambam document pull | Jamnik | 0.87 | 239.25 |
| 01/27/2020 | Litigation - Other Review report for questions from RamBam regarding requested information | Morton | 1.50 | 550.50 |
| 01/28/2020 | Litigation - Other Research Chrysler transactions per request - Debbie Despina | Morton | 1.98 | 726.66 |

|  |  |  |
|--|--|--|
| Current Amount Due | | 2,385.41 |
| Prior Balance | | 85,399.27 |
| Total Amount Due | $ | 87,784.68 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

**COMPOSITE EXHIBIT "A"**



**ROSENFIELD & Co.** PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*CC: Mike Koufakis*
*545 Fifth Avenue*
*New York, NY  10017*

*Invoice No.21635*
*Date      01/08/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/17/2019 | Litigation Support preparation for meeting with Barry Friedberg and Steve Arena | Rosenfield | 1.00 $ | 550.00 |
| 12/18/2019 | Litigation Support meeting at Barry Friedberg's office with Steve Arena | Rosenfield | 3.00 | 1,650.00 |
| 12/19/2019 | Litigation Support review emails from Jeremy and other attorneys regarding Voynow matter | Rosenfield | 0.50 | 275.00 |
| 12/27/2019 | Litigation Support Reviewing Personal Documents from Vivian and Debbie | Jamnik | 5.54 | 1,523.50 |
| 12/27/2019 | Litigation Support Renaming Voynow Documents | Jamnik | 1.18 | 324.50 |
| 12/30/2019 | Litigation Support Going through Personal Documents for Vivian and Debbie | Jamnik | 4.13 | 1,135.75 |
| 12/30/2019 | Litigation Support Pulling expense data, creating vendor analysis in IDEA | Rosenfield(A) | 2.50 | 687.50 |
| 12/30/2019 | Litigation Support review with Scott and Adam on data pull | Rosenfield | 1.50 | 825.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21635*                                                      *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/31/2019 | Litigation Support<br>Vivian and Debbie Personal document analysis | Jamnik | 4.26 | 1,171.50 |
| 01/02/2020 | Litigation Support<br>Voynow Documents review and analysis | Jamnik | 1.19 | 327.25 |

Current Amount Due    8,470.00

Prior Balance    76,929.27

Total Amount Due   $   85,399.27

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co.** PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*545 Fifth Avenue*
*New York, NY  10017*

*Star Automotive Group*
*ATTN: Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21603*
*Date      12/26/2019*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/16/2019 | Litigation Support<br>Renaming files received from Voynow | Jamnik | 2.61 | $   717.75 |
| 12/17/2019 | Litigation Support<br>Document review and Write up of potential<br>questions - Voynow | Jamnik | 1.67 | 459.25 |
| 12/17/2019 | Litigation Support<br>Review suspicious documents for meeting<br>tomorrow | Morton | 2.27 | 833.09 |
| 12/18/2019 | Litigation Support<br>Meeting with Stephen Arena | Jamnik | 2.31 | 635.25 |
| 12/18/2019 | Litigation Support<br>Voynow Documents renaming | Jamnik | 1.56 | 429.00 |
| 12/18/2019 | Litigation Support<br>Meeting at Friedbergs office | Morton | 2.51 | 921.17 |
| 12/18/2019 | Litigation Support<br>Prepare for meeting with Friedberg's office | Morton | 2.17 | 796.39 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21603*                                                          *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/19/2019 | Litigation Support<br>Review documents received and upload new<br>documents from portal | Morton | 5.58 | 2,047.86 |
| 12/20/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 3.26 | 896.50 |
| 12/20/2019 | Litigation Support<br>Review documents received | Morton | 5.25 | 1,926.75 |
| | | Current Amount Due | | 9,663.01 |
| | | Prior Balance | | 67,266.26 |
| | | Total Amount Due | $ | 76,929.27 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co.** PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Trachtenberg Rodes & Friedberg LLP*
*Attn: Barry Friedberg*
*545 Fifth Avenue*
*New York, NY  10017*

*Star Automotive Group*
*ATTN: Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21527*
*Date      12/20/2019*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 10/28/2019 | Litigation Support<br>naming documents received from Voynow | Jamnik | 2.22 | $ 610.50 |
| 10/29/2019 | Litigation Support<br>Renaming Docs from Voynow | Jamnik | 0.69 | 189.75 |
| 10/30/2019 | Litigation Support<br>discuss set up of data review | Rosenfield | 1.50 | 825.00 |
| 10/30/2019 | Litigation Support<br>renaming VOYNOW documents | Stickel | 4.22 | 253.20 |
| 10/31/2019 | Litigation Support<br>review of data regarding Voynow Case | Rosenfield | 1.50 | 825.00 |
| 10/31/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.03 | 421.80 |
| 11/01/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 7.00 | 420.00 |
| 11/04/2019 | Litigation Support<br>renaming VoyNow documents | Stickel | 3.00 | 180.00 |
| 11/06/2019 | Litigation Support | McDonald | 2.00 | 642.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21527*                                                    *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | Rename Voynow documents (Dan/Ashley) | | | |
| 11/06/2019 | Litigation Support | Stickel | 5.00 | 300.00 |
| | renaming Voynow documents | | | |
| 11/07/2019 | Litigation Support | McDonald | 4.50 | 1,444.50 |
| | Rename Voynow documents (Dan/Ashley) | | | |
| 11/08/2019 | Litigation Support | Jamnik | 2.99 | 822.25 |
| | Review of Voynow documents | | | |
| 11/11/2019 | Litigation Support | Stickel | 2.17 | 130.20 |
| | renaming of VoyNow documents | | | |
| 11/15/2019 | Litigation Support | Stickel | 0.97 | 58.20 |
| | renaming VoyNow documents | | | |
| 11/15/2019 | Litigation Support | Jamnik | 1.48 | 407.00 |
| | Voynow Docs | | | |
| 11/18/2019 | Litigation Support | Lewis | 0.50 | 275.00 |
| | conference call with Ken/Dan/Jill on Star information needed for fraud and other litigation reports | | | |
| 11/18/2019 | Litigation Support | Morton | 2.20 | 807.40 |
| | Review file - compile list of documents needed | | | |
| 11/18/2019 | Litigation Support | Stickel | 1.88 | 112.80 |
| | renaming VoyNow Documents | | | |
| 11/18/2019 | Litigation Support | Jamnik | 1.43 | 393.25 |
| | List of Documents request | | | |
| 11/19/2019 | Litigation Support | Morton | 2.27 | 833.09 |
| | Review documents received.  Prepare updated document request for Star. | | | |
| 11/19/2019 | Litigation Support | Stickel | 1.76 | 105.60 |
| | renaming VoyNow Documents | | | |
| 11/19/2019 | Litigation Support | Jamnik | 5.41 | 1,487.75 |
| | Working on Request List and Voynow report | | | |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21527*                                                            *Page 3*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/20/2019 | Litigation Support<br>Voynow Report | Jamnik | 5.75 | 1,581.25 |
| 11/20/2019 | Litigation Support<br>Begin preparation of updated report in format requested by client | Morton | 4.28 | 1,570.76 |
| 11/20/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 6.08 | 364.80 |
| 11/21/2019 | Litigation Support<br>Review of cancelled checks from Chrysler and bank statements | Jamnik | 1.76 | 484.00 |
| 11/21/2019 | Litigation Support<br>renaming Voynow doc | Stickel | 7.95 | 477.00 |
| 11/22/2019 | Litigation Support<br>review of cancelled checks for chrysler | Jamnik | 1.87 | 514.25 |
| 11/25/2019 | Litigation Support<br>Voynow Report | Jamnik | 1.73 | 475.75 |
| 11/25/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.49 | 449.40 |
| 11/26/2019 | Litigation Support<br>renaming Voynow documents | Stickel | 7.95 | 477.00 |
| 12/02/2019 | Litigation Support<br>Emails and Report rewriting | Jamnik | 6.38 | 1,754.50 |
| 12/02/2019 | Litigation Support<br>reveiw Voynow documents | Rosenfield | 2.50 | 1,375.00 |
| 12/02/2019 | Litigation Support | Lewis | 3.00 | 1,650.00 |
| 12/02/2019 | Litigation Support<br>Meeting to go over Voynow case | Rosenfield(A) | 0.75 | 206.25 |
| 12/02/2019 | Litigation Support<br>RE: VOYNOW / On the phone with Reynolds and Reynolds / completing multiple required Reynolds proficiency training | Rosenfield(A) | 1.35 | 371.25 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21527*                                                    *Page 4*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/02/2019 | Litigation Support<br>Updated Star Report | Morton | 8.28 | 3,038.76 |
| 12/02/2019 | Litigation Support<br>going through documents sent to find any<br>signed engagement letters | Stickel | 8.00 | 480.00 |
| 12/03/2019 | Litigation Support<br>meeting with Dan and Jill review Voynow<br>Documents | Rosenfield | 2.50 | 1,375.00 |
| 12/03/2019 | Litigation Support | Lewis | 0.50 | 275.00 |
| 12/03/2019 | Litigation Support<br>Pulling reports for Voynow case | Rosenfield(A) | 1.49 | 409.75 |
| 12/03/2019 | Litigation Support<br>Renaming docs from Voynow and Report<br>rewriting | Jamnik | 6.23 | 1,713.25 |
| 12/03/2019 | Litigation Support<br>Update Star Report | Morton | 6.19 | 2,271.73 |
| 12/04/2019 | Litigation Support | Lewis | 2.25 | 1,237.50 |
| 12/04/2019 | Litigation Support<br>VOYNOW Pulling GL detail from 11.2014 to<br>4.30.2017 | Rosenfield(A) | 3.56 | 979.00 |
| 12/04/2019 | Litigation Support | Lewis | 2.00 | 1,100.00 |
| 12/04/2019 | Litigation Support<br>Discussion with Scott, Jill and Ken on the<br>Report and Voynow docs | Jamnik | 1.49 | 409.75 |
| 12/04/2019 | Litigation Support<br>Renaming Voynow Documents | Jamnik | 6.58 | 1,809.50 |
| 12/04/2019 | Litigation Support<br>Revision of Star Report | Morton | 6.87 | 2,521.29 |
| 12/04/2019 | Litigation Support<br>going through documents to find any signed | Stickel | 6.00 | 360.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21527*                                                      *Page 5*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | engagement letters | | | |
| 12/05/2019 | Litigation Support<br>review Voynow documents and review revised report | Rosenfield | 1.50 | 825.00 |
| 12/05/2019 | Litigation Support<br>Renaming Voynow Documents and rewriting Voynow report for Barry | Jamnik | 5.79 | 1,592.25 |
| 12/05/2019 | Litigation Support<br>Review documents received.  Prepare updated report | Morton | 7.65 | 2,807.55 |
| 12/06/2019 | Litigation Support<br>review revised report and make changes, work with Adam and Scott on queries for updating scheme report items | Rosenfield | 2.00 | 1,100.00 |
| 12/06/2019 | Litigation Support | Lewis | 0.25 | 137.50 |
| 12/06/2019 | Litigation Support<br>PDF and organizing Voynow report and uploading | Jamnik | 0.58 | 159.50 |
| 12/06/2019 | Litigation Support<br>Final revisions to updated report. | Morton | 1.57 | 576.19 |
| 12/09/2019 | Litigation Support<br>scanning through documents looking for signed engagement letters | Stickel | 6.00 | 360.00 |
| 12/09/2019 | Litigation Support<br>Voynow Production | Jamnik | 5.79 | 1,592.25 |
| 12/09/2019 | Litigation Support<br>Review documents - list of questions | Morton | 6.10 | 2,238.70 |
| 12/09/2019 | Litigation Support<br>review voynow documents | Rosenfield | 1.50 | 825.00 |
| 12/10/2019 | Litigation Support<br>Voynow Production documents | Jamnik | 5.72 | 1,573.00 |

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21527*                                                    *Page 6*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/10/2019 | Litigation Support<br>Review documents - list of questions | Morton | 6.57 | 2,411.19 |
| 12/10/2019 | Litigation Support<br>review Voynow documents | Rosenfield | 1.50 | 825.00 |
| 12/11/2019 | Litigation Support<br>Voynow Documents | Jamnik | 4.09 | 1,124.75 |
| 12/11/2019 | Litigation Support<br>Review documents - list of questions | Morton | 4.57 | 1,677.19 |
| 12/11/2019 | Litigation Support<br>review Voynow documents, meet with Dan and Jill to develop word search queries for documents scanned in. Review Voynow memos and emails. | Rosenfield | 3.00 | 1,650.00 |
| 12/12/2019 | Litigation Support<br>Voynow Production Documents | Jamnik | 5.44 | 1,496.00 |
| 12/12/2019 | Litigation Support<br>Review documents received | Morton | 4.48 | 1,644.16 |
| 12/13/2019 | Litigation Support<br>review documents submitted by Voynow | Rosenfield | 2.50 | 1,375.00 |

Current Amount Due    67,266.26

Prior Balance    0.00

Total Amount Due    $    67,266.26

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

*Rosenfield and Company, PLLC*
*Trachtenberg Rodes & Friedberg LLP*
*Invoice No.    21527*                                                               *Page 7*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|



ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Litigation 2019*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21778*
*Date      01/29/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/30/2019 | Litigation Support phone call with Michael re: 2016 - 2018 tax returns (client questions/comments) and discussion on criminal and civic lawsuits against Voynow and Debbie) | Lewis | 1.50 $ | 900.00 |
| 12/30/2019 | Litigation Support review of vendor lists/expenses with Ken & Adam | Lewis | 0.50 | 300.00 |
| 01/02/2020 | Litigation Support review of expenses (for vendors and other anomalies in journal transactions) from November 2014 - April 2017 (for fraudulent and unusual transactions) | Lewis | 3.00 | 1,800.00 |
| 01/03/2020 | Litigation Support review of expenses (for vendors and other anomalies in journal transactions) from November 2014 - April 2017 (for fraudulent and unusual transactions) and factory incentives | Lewis | 3.00 | 1,800.00 |
| 01/08/2020 | Phone Calls / Conference conference call with attorneys/private eye on Star Chrysler fraud and data gathering | Lewis | 0.50 | 300.00 |

*Rosenfield and Company, PLLC*
*Star Litigation 2019*
*Invoice No.    21778*                                                          *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/09/2020 | General Consulting Services review of text files from attorney/private eye from Star Chrysler on factory refund checks, against controller | Lewis | 0.40 | 240.00 |

|  |  |
|--|--|
|  | 5,340.00 |
| Courtesy Discount (Amount Discounted from Standard Rates) | (445.00) |
| Current Amount Due | 4,895.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $   4,895.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



## ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Automotive Group*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21652*
*Date      01/15/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| **Consulting Services** | | | | |
| 11/07/2019 | Estate Planning<br>Meeting with Dave Ciambella | Rosenfield | 1.00 | |
| 01/06/2020 | Litigation Support<br>conference call with Steve and Rich Milman | Rosenfield | 1.00 | |
| 01/08/2020 | Estate Planning<br>estate planning meeting with Rawls Group and Ken | Lewis | 1.75 | |
| 01/08/2020 | Estate Planning<br>meeting with Dave Ciambella to review data and his plan | Rosenfield | 1.50 | |
| 01/08/2020 | Litigation Support<br>teleconference with Rich Milman and Steve | Rosenfield | 0.50 | |
| | | | $ | 3,650.00 |
| **Corporate Tax Services** | | | | |
| 12/17/2019 | Tax Auth. Exams/Notices/Comm<br>pull all signed POA's from the portal, organize and make sure all pages are signed by client, and send to Paul for signature. | Wimberger | 0.50 | |
| 12/26/2019 | Tax Auth. Exams/Notices/Comm<br>go over mailing POA's with Samm, check all forms and bring to post office for mailing. | Wimberger | 0.75 | |

*Rosenfield and Company, PLLC*
*Star Automotive Group*
*Invoice No.    21652*                                                          *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/07/2020 | Tax Auth. Exams/Notices/Comm review letters to be written and type of summary for Elizabeth. | Wimberger | 0.25 | |
| | | | | 450.00 |
| | | | | 4,100.00 |
| | | Courtesy Discount | | (3,650.00) |
| | | Current Amount Due | $ | 450.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Auto Body of Queens Village, LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21868*
*Date        02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/04/2019 | Tax Planning<br>check 4th quarter payment and print coupon to<br>send to client | Wimberger | 0.33 | $        99.00 |

|  |  |
|--|--|
| Current Amount Due | 99.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $        99.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & CO.**, PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Auto Sales of Bayside, Inc*
*d/b/a Star Toyota*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

Invoice No.21869
Date       02/10/2020

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/19/2019 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Calls w/NYS ST Agent & Jacquie | | 0.50 $ | 250.00 |
| 12/04/2019 | Tax Planning                        Wimberger<br>update 4th quarter planning sheet using<br>October DFS to determine if a 4th quarter<br>payment is necessary, | | 0.50 | 150.00 |
| 12/06/2019 | Tax Planning                        Lewis<br>review of 4th quarter tax payment for NYC | | 0.25 | 150.00 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Review of open issues re:ST audit | | 0.75 | 375.00 |
| 01/17/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Call w/NYS ST agent on extending time of<br>audit & open issues | | 0.50 | 250.00 |
| 01/24/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Calls w/NYS ST Agent (LM), Adam &<br>client/Jacquie to review open issues | | 0.75 | 375.00 |

Current Amount Due     1,550.00
Prior Balance     2,048.75
Total Amount Due    $    3,598.75

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Auto Sales of Bayside, Inc*
*d/b/a Star Toyota*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21634*
*Date      01/08/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/05/2019 | Tax Auth. Exams/Notices/Comm  reorganize binder and update status of filing penalty protests. | Wimberger | 0.25 | 75.00 |
| 11/18/2019 | Tax Auth. Exams/Notices/Comm  Calls w/NYS Sales tax agent & Jacquie re: Vendor names on FA schedule | Kaplan | 0.75 | 375.00 |
| 11/26/2019 | Tax Auth. Exams/Notices/Comm  POA | McDonald | 0.15 | 52.50 |
| 12/02/2019 | Tax Auth. Exams/Notices/Comm  check Federal and State PoA's and upload to portal | Wimberger | 0.08 | 24.00 |
| 12/12/2019 | Tax Auth. Exams/Notices/Comm  Updating Sales Tax spreadsheet for 6.1.18-8.31.18 for correct counties. Running new reports in Reynolds to match up to detail in spreadsheet. Writing analysis for sales tax auditor. | Rosenfield(A) | 3.50 | 1,050.00 |
| 12/13/2019 | Tax Auth. Exams/Notices/Comm  Call w/Adam on Gross Sales differences on ST Agent schedule | Kaplan | 0.25 | 125.00 |
| 12/13/2019 | Tax Auth. Notices/Exams/Comm.  Review data extraction created by Adam - requested by ST Agent | Kaplan | 0.50 | 250.00 |

*Rosenfield and Company, PLLC*
*Star Auto Sales of Bayside, Inc*
*Invoice No.    21634*                                                          *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/26/2019 | Tax Auth. Exams/Notices/Comm Review docs / add PTIN & date where needed, Scan docs, add POA folders in binder, save docs to folder, prep for certified mail | Valenti | 0.15 | 9.75 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm update NY Notice | McDonald | 0.25 | 87.50 |

|  |  |  |
|--|--|--|
| Current Amount Due | | 2,048.75 |
| Prior Balance | | 0.00 |
| Total Amount Due | $ | 2,048.75 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**

**Please make check(s) payable to: Rosenfield & Co., PLLC.**

*Should you have any questions or concerns, please contact our office at 407.849.6400*

*Rosenfield and Company, PLLC*
*Star Auto Sales of Bayside, Inc*
*Invoice No.    21634*                                                    *Page 3*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|



### ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Auto Sales of Queens LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No. 21860*
*Date        02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/04/2019 | Tax Planning | Wimberger | 0.50 $ | 150.00 |
| | update 4th quarter planning sheet with October DFS, review with Scott and print updated coupon to send to client | | | |
| 01/07/2020 | Tax Auth. Exams/Notices/Comm | McDonald | 0.40 | 140.00 |
| | NY notice | | | |
| | | Current Amount Due | | 290.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 290.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co.**, PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Auto Sales of Queens County, LLC*
*D/B/A Star Fiat*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21875*
*Date        02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/17/2019 | Tax Auth. Exams/Notices/Comm | Wimberger | 0.50 | $    150.00 |
|  | review new letter from NYC, prepare PoA and send to client for signature | | | |

|  |  |  |
|--|--|--|
| Current Amount Due | | 150.00 |
| Prior Balance | | 0.00 |
| Total Amount Due | $ | 150.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Chrysler Jeep Dodge*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21870*
*Date       02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/05/2019 | Tax Auth. Exams/Notices/Comm reorganize binder and update status of filing penalty protests. | Wimberger | 0.25 $ | 75.00 |
| 11/19/2019 | Tax Auth. Exams/Notices/Comm review NYC notice for 2018 and compare to tax return for validity. | Wimberger | 0.50 | 150.00 |
| 12/04/2019 | Tax Planning update 4th quarter planning sheet with October DFS and changes from tax notice after fixing MFI. | Wimberger | 0.50 | 150.00 |
| 12/04/2019 | Tax Auth. Exams/Notices/Comm check notice again for additional tax due, and review the return extension prepped in march as the MFI may have been incorrectly calculated/applied. | Wimberger | 0.33 | 99.00 |
| 01/07/2020 | Tax Auth. Exams/Notices/Comm NYC notice | McDonald | 0.40 | 140.00 |

|  | Current Amount Due | 614.00 |
|--|---------------------|--------|
|  | Prior Balance | 0.00 |
|  | Total Amount Due | $ 614.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & CO.** PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Hyundai LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21874*
*Date     02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/28/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Call w/NYS ST Agent on opoen items &<br>deadline to complete | | 0.75 $ | 375.00 |
| 01/31/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Calls w/NYS ST Agent & Adam to finalize | | 0.75 | 375.00 |
| 02/01/2020 | Tax Auth. Exams/Notices/Comm  Rosenfield(A)<br>Creating reconciliation back to sales tax return<br>with detailed transactions for Sales tax auditor<br>(Javanna) | | 3.00 | 900.00 |
| 02/03/2020 | Tax Auth. Exams/Notices/Comm  Rosenfield(A)<br>Putting together final reconciliation for Javanna | | 1.00 | 300.00 |
| 02/03/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Review final reconciliation schedule from<br>Adam & send to NYS ST agent | | 0.50 | 250.00 |
| 02/07/2020 | Tax Auth. Exams/Notices/Comm  Kaplan<br>Call w/NYS SY Agent | | 0.25 | 125.00 |

|  |  |  |
|--|--|--|
| Current Amount Due | | 2,325.00 |
| Prior Balance | | 6,675.75 |
| Total Amount Due | $ | 9,000.75 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975, Orlando, FL 32801

*Star Hyundai LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21777*
*Date       01/29/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/02/2019 | Tax Auth. Exams/Notices/Comm check Federal and State PoA's and upload to portal | Wimberger | 0.08 $ | 24.00 |
| 12/04/2019 | Tax Planning update 4th quarter planning sheet with october DFS and estimate 4th quarter payment | Wimberger | 0.50 | 150.00 |
| 12/12/2019 | Tax Auth. Exams/Notices/Comm Going through Jovanna's spreadsheet and investigating differences, discussing differences with Jackie. Writing up response to Jovanna on differences between book and tax return | Rosenfield(A) | 2.75 | 825.00 |
| 12/12/2019 | Tax Auth. Exams/Notices/Comm Calls w/Adam & review of data extraction to reconcile ST Agents schedule | Kaplan | 0.75 | 375.00 |
| 12/26/2019 | Tax Auth. Exams/Notices/Comm Review docs / add PTIN & date where needed, Scan docs, add POA folders in binder, save docs to folder, prep for certified mail | Valenti | 0.15 | 9.75 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm Call w/ST agent to review info sent & what additional info requested | Kaplan | 1.00 | 500.00 |
| 01/16/2020 | Tax Auth. Exams/Notices/Comm Discussing with Paul next steps and setup meeting with Jovanna (Sales Tax Auditor) | Rosenfield(A) | 0.15 | 45.00 |
| 01/16/2020 | Tax Auth. Exams/Notices/Comm Calls w/NYS ST agent & Adam to to review final info request from NYS | Kaplan | 0.75 | 375.00 |

*Rosenfield and Company, PLLC*
*Star Hyundai LLC*
*Invoice No.   21777*                                               *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/17/2020 | Tax Auth. Exams/Notices/Comm  Phone calls with Jovanna Huslin (Sales tax auditor) and Paul to go over what is needed for the due date | Rosenfield(A) | 0.75 | 225.00 |
| 01/17/2020 | Tax Auth. Exams/Notices/Comm   onfernce call w/NYS ST agent & Adam & follow up w/Adam & Jackie | Kaplan | 1.75 | 875.00 |
| 01/20/2020 | Tax Auth. Exams/Notices/Comm  Review info from Jacquie on License plate info 2015 & 2016. Send to NYS ST agent & call to discuss | Kaplan | 0.75 | 375.00 |
| 01/22/2020 | Tax Auth. Exams/Notices/Comm  Follow up calls & emails w/NYS ST Agent to confirm receipt of docs requested | Kaplan | 0.50 | 250.00 |
| 01/23/2020 | Tax Auth. Exams/Notices/Comm  Calls w/Jackie & NYS ST agent re: open issues | Kaplan | 0.50 | 250.00 |
| 01/24/2020 | Tax Auth. Exams/Notices/Comm  Finalizing report for sales tax auditor, creating reconciliation from books to returns | Rosenfield(A) | 3.25 | 975.00 |

|  |  |
|---|---|
| Current Amount Due | 5,253.75 |
| Prior Balance | 1,422.00 |
| Total Amount Due | $  6,675.75 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**

**Please make check(s) payable to: Rosenfield & Co., PLLC.**

*Should you have any questions or concerns, please contact our office at 407.849.6400*

*Rosenfield and Company, PLLC*
*Star Hyundai LLC*
*Invoice No.    21777*                                                          *Page 3*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|



301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Hyundai LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21468*
*Date      12/06/2019*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/21/2019 | Tax Auth. Exams/Notices/Comm  Rosenfield(A) Summarizing data for Feb 2018, communication with client | | 0.50 $ | 150.00 |
| 10/25/2019 | Tax Auth. Exams/Notices/Comm  Kaplan NYS tax notices IT-204 2016 & IT-204 2017 | | 0.50 | 250.00 |
| 10/30/2019 | Tax Auth. Exams/Notices/Comm  Kaplan Calls w/NYS Sales tax audit & new proposal | | 1.00 | 500.00 |
| 11/04/2019 | Tax Auth. Exams/Notices/Comm  Kaplan Calls w/Adam & NYS ST auditor re: ST reconciliation | | 0.75 | 375.00 |
| 11/04/2019 | Tax Auth. Exams/Notices/Comm  Stickel Scanning in tax documents, uploading to Engagement and updating Excel spreadsheet | | 0.25 | 15.00 |
| 11/05/2019 | Tax Auth. Exams/Notices/Comm  Wimberger reorganize binder and update status of filing penalty protests. | | 0.25 | 75.00 |
| 11/20/2019 | General Consulting Services        Rosenfield(A) Looking through Auditors sales tax spreadsheet, on the phone with Paul | | 0.49 | 147.00 |
| 11/21/2019 | Copy / Sign / Assemble / Send      Wimberger Pull copies of 2016 and 2017 tax returns and send to attorneys | | 0.08 | 24.00 |

*Rosenfield and Company, PLLC*
*Star Hyundai LLC*
*Invoice No.    21468*                                                    *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/26/2019 | Tax Auth. Exams/Notices/Comm POA | McDonald | 0.15 | 52.50 |

|  |  |
|---|---|
| | 1,588.50 |
| Courtesy Discount | (166.50) |
| Current Amount Due | 1,422.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $ 1,422.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**

*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Star Nissan Inc.*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21863*
*Date      02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|

**Tax Services**

| 12/04/2019 | Tax Planning | Wimberger | 0.50 | |
|---|---|---|---|---|

4th quarter tax planning using October DFS to update
4th quarter payment if any.

$_____150.00

Current Amount Due          150.00

Prior Balance          0.00

Total Amount Due   $_____150.00

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & CO., PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*205-11 Northern Boulevard LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21877*
*Date        02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 01/02/2020 | Tax Auth. Exams/Notices/Comm review letters that need to be created to various tax notices. send Scott's notes on letter's to be generated and send to Elizabeth. review letter prepared by Elizabeth. | Wimberger | 0.50 | $ 150.00 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm update NY Notice | McDonald | 0.25 | 87.50 |
| 01/07/2020 | Tax Auth. Exams/Notices/Comm IRS notice | McDonald | 0.40 | 140.00 |
| | | Current Amount Due | | 377.50 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 377.50 |

**All invoices are due and payable upon receipt. Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975,  Orlando, FL 32801

*210-10 Jamaica Avenue LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21878*
*Date       02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/26/2019 | Tax Auth. Exams/Notices/Comm<br>NY notice response | McDonald | 0.15 $ | 52.50 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm<br>update NY Notice | McDonald | 0.25 | 87.50 |
| | | Current Amount Due | | 140.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 140.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975,  Orlando, FL 32801

*211-48 Jamaica Avenue LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21879*
*Date        02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/26/2019 | Tax Auth. Exams/Notices/Comm NY notice response | McDonald | 0.15 | $   52.50 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm update NY Notice | McDonald | 0.25 | 87.50 |
| | Current Amount Due | | | 140.00 |
| | Prior Balance | | | 0.00 |
| | Total Amount Due | | $ | 140.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



**ROSENFIELD & Co., PLLC**
TRADITIONAL VALUES | EXTRAORDINARY RESULTS
301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Koufakis Realty LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21876*
*Date        02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/26/2019 | Tax Auth. Exams/Notices/Comm NY notice response | McDonald | 0.15 | $ 52.50 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm update NY Notice | McDonald | 0.25 | 87.50 |
| 01/07/2020 | Tax Auth. Exams/Notices/Comm NY notice | McDonald | 0.40 | 140.00 |
| | | Current Amount Due | | 280.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 280.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co., PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*Koufakis Realty 211-52 Jamaica Ave, LLC*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21867*
*Date       02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/26/2019 | Tax Auth. Exams/Notices/Comm NY notice response | McDonald | 0.15 | $ 52.50 |
| 01/02/2020 | Tax Auth. Exams/Notices/Comm update NY Notice | McDonald | 0.25 | 87.50 |
| | Current Amount Due | | | 140.00 |
| | Prior Balance | | | 0.00 |
| | Total Amount Due | | $ | 140.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975, Orlando, FL 32801

*The John M. Koufakis Grandchildrens Trust*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21861*
*Date      02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/04/2019 | Tax Planning<br>check 4th quarter and print coupons to send to<br>client for 4th quarter payments. | Wimberger | 0.34 $ | 102.00 |
| 12/12/2019 | Tax Planning<br>roll forward and bank rec for year | McDonald | 0.75 | 262.50 |
| | | Current Amount Due | | 364.50 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 364.50 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



### ROSENFIELD & Co. PLLC
TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975, Orlando, FL 32801

*John A. Koufakis & Shailja Bhatnager*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21865*
*Date      02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/13/2019 | Tax Planning<br>tax planning worksheet | McDonald | 1.10 | $ 385.00 |
| 12/13/2019 | Tax Planning<br>review tax planning sheet for withholding and<br>make updates/adjustments. | Wimberger | 1.25 | 375.00 |
| 12/15/2019 | Tax Planning<br>review of 2019 tax planning for federal and<br>state final withholding | Lewis | 0.25 | 150.00 |
| | | | | 910.00 |
| | Courtesy Discount | | | (182.00) |
| | Current Amount Due | | | 728.00 |
| | Prior Balance | | | 5,000.00 |
| | Total Amount Due | | $ | 5,728.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**

*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975,  Orlando, FL 32801

*John A. Koufakis & Shailja Bhatnager*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21773*
*Date       01/29/2020*

**For services rendered in conjunction with the preparation of the 2016, 2017 & 2018 Tax Returns**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 04/12/2019 | Tax Return Preparation<br>prepare tax return for extension for Jeremy. Call client to get information for extension, including bank information. | Wimberger | 0.75 $ | 210.00 |
| 09/19/2019 | Tax Return Preparation<br>review last filed tax return for information needed to file 2018 return. | Wimberger | 0.50 | 140.00 |
| 09/25/2019 | Tax Return Preparation<br>pulling 2018 k-1s to print, uploading to engagement, updating spreadsheet then populating with k-1 data, entering k-1 into tax software | Stickel | 1.62 | 97.20 |
| 10/03/2019 | Tax Return Preparation<br>prepare 1040 for 2017 and all workpapers, schedule E, p.2 and others - PBC letter | Lewis | 0.25 | 150.00 |
| 10/03/2019 | Tax Return Preparation<br>prepare 1040 for 2016 and all workpapers, schedule E, p.2 and others - PBC letter | Lewis | 0.25 | 150.00 |
| 10/03/2019 | Tax Return Preparation<br>prepare 1040 for 2018 and all workpapers, schedule E, p.2 and others - PBC letter | Lewis | 0.25 | 150.00 |
| 10/07/2019 | Tax Return Preparation<br>prepare 1040 for 2018 and all workpapers, schedule E, p.2 and others - PBC letter | Lewis | 0.50 | 300.00 |
| 10/25/2019 | Tax Return Preparation<br>work on tax return | Wimberger | 2.50 | 750.00 |

*Rosenfield and Company, PLLC*
*John A. Koufakis & Shailja Bhatnager*
*Invoice No.    21773*                                                         *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 10/25/2019 | Tax Return Review<br>review of 1040 and NY state tax return for 2018 with Zach | Lewis | 0.25 | 150.00 |
| 10/25/2019 | Tax Return Review<br>review of 1040 and NY state tax return for 2017 with Zach | Lewis | 0.25 | 150.00 |
| 10/31/2019 | Tax Administration<br>put email together for Jacquie explaining process for retrieving 2016 tax transcripts | Wimberger | 0.25 | 75.00 |
| 11/20/2019 | Tax Return Preparation<br>work on tax return - 2017 | Wimberger | 1.50 | 450.00 |
| 11/22/2019 | Tax Return Preparation<br>work on tax return | Wimberger | 1.50 | 450.00 |
| 11/27/2019 | Tax Return Preparation<br>work on tax return for 2017 and 2018 | Wimberger | 3.00 | 900.00 |
| 12/06/2019 | Tax Return Preparation<br>finalize 2016-2018 returns and send in for review. | Wimberger | 1.00 | 300.00 |
| 12/19/2019 | Client Correspondence / Calls<br>Phone call with John E. on assisting with retrieving Dad's tax transcripts from 2016. explain process and type up step by step email. | Wimberger | 0.25 | 75.00 |
| 12/23/2019 | Tax Return Preparation<br>update tax return after review. | Wimberger | 0.50 | 150.00 |
| 12/23/2019 | Tax Return Review<br>review of 2016 federal and state return(s) and workpapers | Lewis | 0.50 | 300.00 |
| 12/23/2019 | Tax Return Review<br>review of 2017 federal and state return(s) and workpapers | Lewis | 0.50 | 300.00 |
| 12/23/2019 | Tax Return Review<br>review of 2018 federal and state return(s) and workpapers | Lewis | 0.50 | 300.00 |

|  |  |
|--|--|
|  | 5,547.20 |
| Courtesy Discount | (547.20) |
| Current Amount Due | 5,000.00 |
| Prior Balance | 0.00 |
| Total Amount Due | $ 5,000.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

*Rosenfield and Company, PLLC*
*John A. Koufakis & Shailja Bhatnager*
*Invoice No.    21773*                                                              *Page 3*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|



### 301 E. Pine Street, Suite 975, Orlando, FL 32801

*Steven M. Koufakis & Eileen Koufakis*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21866*
*Date       02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/13/2019 | Tax Planning<br>tax planning worksheet | McDonald | 1.10 | $ 385.00 |
| 12/14/2019 | Tax Planning<br>check tax planning sheet rolled for 2019, make adjustments to dealership and check income sources for withholding adjustment. | Wimberger | 1.00 | 300.00 |
| 12/15/2019 | Tax Planning<br>review of 2019 tax planning for federal and state final withholding | Lewis | 0.75 | 450.00 |
| 12/16/2019 | Tax Planning<br>review tax planning worksheets with Scott, send withholding numbers to Jacquie to be made before year end | Wimberger | 0.25 | 75.00 |
| 12/26/2019 | Tax Planning<br>adjust year end tax projection for 2019, after phone call with Michael Koufakis and year end payroll, and phone/email with Steve Koufakis to discuss and inform of amounts needed | Lewis | 1.50 | 900.00 |

*Rosenfield and Company, PLLC*
*Steven M. Koufakis & Eileen Koufakis*
*Invoice No.   21866*                                                    *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/27/2019 | Tax Planning<br>adjust year end tax projection for 2019, after phone calls with Michael Koufakis and Steve Koufakis to discuss and inform of amounts needed and accounting/ADP | Lewis | 0.75 | 450.00 |

|  |  |  |
|--|--|--|
|  | | 2,560.00 |
|  | Courtesy Discount | (512.00) |
|  | Current Amount Due | 2,048.00 |
|  | Prior Balance | 2,000.00 |
|  | Total Amount Due | $ 4,048.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975, Orlando, FL 32801

*Steven M. Koufakis & Eileen Koufakis*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY 11361*

*Invoice No.21772*
*Date        01/29/2020*

**For services rendered in conjunction with the preparation of the 2016, 2017 & 2018 Tax Returns**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 11/19/2019 | Tax Return Preparation<br>prepare 1040 and NY state tax return for 2016 | Lewis | 1.50 | $ 900.00 |
| 11/19/2019 | Tax Return Preparation<br>prepare 1040 and NY state tax return for 2017 | Lewis | 1.50 | 900.00 |
| 11/22/2019 | Tax Return Preparation<br>prepare 1040 and NY state tax return for 2018 | Lewis | 1.75 | 1,050.00 |
| 11/27/2019 | Tax Return Preparation<br>create QBI worksheet for return, compare to K1 inputs and aggregation codes in tax software. fix k1 input and add to binder. | Wimberger | 1.00 | 300.00 |
| 12/07/2019 | Tax Return Preparation<br>clear review notes on 2016 tax return include federal and NY | Lewis | 0.75 | 450.00 |
| 12/07/2019 | Tax Return Preparation<br>clear review notes on 2017 tax return include federal and NY | Lewis | 0.50 | 300.00 |
| 12/07/2019 | Tax Return Review<br>Review of 2016 tax return workpapers and draft prepared by Scott | Hergner | 0.50 | 240.00 |
| 12/07/2019 | Tax Return Review<br>Review of 2017 tax return workpapers and | Hergner | 0.50 | 240.00 |

*Rosenfield and Company, PLLC*
*Steven M. Koufakis & Eileen Koufakis*
*Invoice No.    21772*                                                      *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | draft prepared by Scott | | | |
| 12/07/2019 | Tax Return Review<br>Review of 2018 tax return workpapers and<br>draft prepared by Scott | Hergner | 0.50 | 240.00 |
| 12/23/2019 | Tax Return Review | Rosenfield | 2.50 | 1,625.00 |
| 12/24/2019 | Tax Return Review | Rosenfield | 1.50 | 975.00 |
| 12/26/2019 | Tax Return Review | Rosenfield | 1.50 | 975.00 |
| 12/30/2019 | Tax Return Review | Rosenfield | 0.75 | 487.50 |
| | | | | 8,682.50 |
| | | Courtesy Discount | | (6,682.50) |
| | | Current Amount Due | | 2,000.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 2,000.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*

*Rosenfield and Company, PLLC*
*Steven M. Koufakis & Eileen Koufakis*
*Invoice No.    21772*                                                    *Page 3*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|



### ROSENFIELD & Co., PLLC

TRADITIONAL VALUES | EXTRAORDINARY RESULTS

301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Michael & Lynne S. Koufakis*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21862*
*Date       02/10/2020*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 12/13/2019 | Tax Planning<br>tax planning worksheet | McDonald | 1.10 | $ 385.00 |
| 12/14/2019 | Tax Planning<br>check tax planning sheet rolled for 2019, make adjustments to dealership and check income sources for withholding adjustment. | Wimberger | 1.25 | 375.00 |
| 12/15/2019 | Tax Planning<br>review of 2019 tax planning for federal and state final withholding | Lewis | 0.75 | 450.00 |
| 12/16/2019 | Tax Planning<br>review tax planning worksheets with Scott, send withholding numbers to Jacquie to be made before year end | Wimberger | 0.25 | 75.00 |
| | | | | 1,285.00 |
| | Courtesy Discount | | | (257.00) |
| | Current Amount Due | | | 1,028.00 |
| | Prior Balance | | | 2,500.00 |
| | Total Amount Due | | $ | 3,528.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*



301 E. Pine Street, Suite 975,  Orlando, FL 32801

*Michael & Lynne S. Koufakis*
*Attn: Mr. Mike Koufakis*
*205-11 Northern Blvd*
*Bayside, NY  11361*

*Invoice No.21720*
*Date        01/24/2020*

**For services rendered in conjunction with the
preparation of the 2016,2017 & 2018 Tax Return(s)**

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| 10/07/2019 | Tax Return Preparation prepare 1040 for 2018 and all workpapers, schedule E, p.2 and others - PBC letter | Lewis | 0.50 $ | 106.38 |
| 12/19/2019 | Tax Return Preparation prepare 2016 tax return for federal and NY | Lewis | 1.00 | 212.77 |
| 12/20/2019 | Tax Return Preparation prepare 2016 tax return for federal and NY | Lewis | 1.50 | 319.15 |
| 12/20/2019 | Tax Return Preparation prepare 2017 tax return for federal and NY | Lewis | 2.00 | 425.53 |
| 12/20/2019 | Tax Return Preparation prepare 2018 tax return for federal and NY | Lewis | 0.50 | 106.38 |
| 12/21/2019 | Tax Return Review three years of return review 2016,2017 and 2018 | Rosenfield | 2.00 | 460.99 |
| 12/21/2019 | Tax Return Preparation prepare 2018 tax return for federal and NY and all workpapers | Lewis | 1.75 | 372.34 |
| 12/23/2019 | Tax Return Preparation prepare 2016 tax return for federal and NY | Lewis | 0.34 | 72.34 |
| 12/23/2019 | Tax Return Preparation | Lewis | 0.33 | 70.21 |

*Rosenfield and Company, PLLC*
*Michael & Lynne S. Koufakis*
*Invoice No.    21720*                                                        *Page 2*

| DATE | SERVICE | STAFF | HOURS | AMOUNT |
|------|---------|-------|-------|--------|
| | prepare 2017 tax return for federal and NY | | | |
| 12/23/2019 | Tax Return Preparation | Lewis | 0.33 | 70.21 |
| | prepare 2018 tax return for federal and NY | | | |
| 12/24/2019 | Tax Return Review | Rosenfield | 1.00 | 230.50 |
| 12/30/2019 | Tax Administration | Lewis | 0.25 | 53.20 |
| | prepare e-file authorizations for 2016 - 2018 | | | |
| | | Current Amount Due | | 2,500.00 |
| | | Prior Balance | | 0.00 |
| | | Total Amount Due | $ | 2,500.00 |

**All invoices are due and payable upon receipt.  Balances over 30 days past-due may be subject to interest.**
**Please make check(s) payable to: Rosenfield & Co., PLLC.**
*Should you have any questions or concerns, please contact our office at 407.849.6400*