# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ROSENFIELD AND COMPANY, PLLC,**

      **Plaintiff,**

v.                                                              Case No:   6:20-cv-857-Orl-78EJK

**STAR AUTOMOTIVE GROUP, INC., STAR AUTO BODY OF QUEENS VILLAGE, LLC, STAR AUTO SALES OF BAYSIDE, INC., STAR AUTO SALES OF QUEENS, LLC, STAR AUTO SALES OF QUEENS COUNTY, LLC, METRO CHRYSLER PLYMOUTH, INC., STAR HYUNDAI, LLC, STAR NISSAN, INC., 205-11 NORTHERN BOULEVARD, LLC, 210-10 JAMAICA AVENUE LLC, 211-48 JAMAICA AVENUE, LLC, KOUFAKIS REALTY, LLC, KOUFAKIS REALTY 211-52 JAMAICA AVENUE, LLC, THE JOHN M. KOUFAKIS GRANDCHILDRENS TRUST, SHAILJA BHATNAGER, EILEEN KOUFAKIS, JOHN A KOUFAKIS, LYNNE S. KOUFAKIS, MICHAEL KOUFAKIS and STEVEN M. KOUFAKIS,**

      **Defendants.**
_____/

## ORDER

This cause comes before the Court without oral argument on Defendants' Motion to Appear *Pro Hac Vice* (the "Motion") (Doc. 3), filed May 21, 2020.

Upon consideration, the Motion to appear *pro hac vice* of Jamie S. Felsen, Esq. is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail

to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." Counsel admitted to appear *pro hac vice* must take the tutorial offered on the website before using the system.

Local counsel, Kyle Dudek, Esq., fully assumes all responsibilities set forth in Local Rule 2.02. In particular, the Court reminds local counsel that local counsel "will be responsible for the progress of the case," including responsibility for trial in this matter if the non-resident attorney defaults. Local Rule 2.02(a). If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order.

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2020.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record