UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ROSENFIELD AND COMPANY, PLLC, a Florida Professional Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAR AUTOMOTIVE GROUP, INC., a foreign corporation; STAR AUTO BODY OF QUEENS VILLAGE, LLC, a foreign limited liability company; STAR AUTO SALES OF BAYSIDE, INC., a foreign corporation, d/b/a STAR TOYOTA; STAR AUTO SALES OF QUEENS, LLC, a foreign limited liability company; STAR AUTO SALES OF QUEENS COUNTY, LLC, a foreign limited liability company, d/b/a STAR FIAT; METRO CHRYSLER PLYMOUTH INC., a foreign corporation, d/b/a STAR CHRYSLER JEEP DODGE RAM SRT FIAT; STAR HYUNDAI, LLC, a foreign limited liability company, d/b/a STAR HYUNDAI STAR GENESIS OF BAYSIDE; STAR NISSAN, INC., a foreign corporation, d/b/a STAR NISSAN; 205-11 NORTHERN BOULEVARD LLC, a foreign limited liability company; 210-10 JAMAICA AVENUE LLC, a foreign limited liability company; 211-48 JAMAICA AVENUE, LLC, a foreign limited liability company; KOUFAKIS REALTY, LLC, a foreign limited liability company; KOUFAKIS REALTY 211-52 JAMAICA AVENUE, LLC, a foreign limited liability company; THE JOHN M. KOUFAKIS GRANDCHILDRENS TRUST; SHAILJA BHATNAGER, an individual; EILEEN KOUFAKIS, an individual; JOHN A. KOUFAKIS, an individual; LYNNE S. KOUFAKIS, an individual; MICHAEL KOUFAKIS, an individual; and STEVEN M. KOUFAKIS, an individual,<br><br>　　　　Defendants. | No. 6:20-cv-00857 |

**DEFENDANTS' NOTICE OF FILING RULE 68 OFFER
AND ACCEPTANCE OF JUDGMENT**

Defendants, Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens, LLC, Star Auto Sales of Queens County, LLC, Metro Chrysler Plymouth Inc, Star Hyundai, LLC, Star Nissan, Inc., 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue, LLC, 211-48 Jamaica Avenue, LLC, Koufakis Realty, LLC, 211-52 Jamaica Avenue, LLC (improperly denominated as Koufakis Realty 211-52 Jamaica Ave, LLC), The John M. Koufakis Grandchildrens Trust, Shailja Bhatnager and John A. Koufakis, Steven M. Koufakis and Eileen Koufakis, and Lynne S. Koufakis (improperly denominated as Lynn S. Koufakis) and Michael Koufakis (collectively, "Defendants"), by and through undersigned counsel, and pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") hereby notify the Court and the Clerk of the Court, respectively, of Plaintiff, Rosenfield and Company, PLLC's ACCEPTANCE of the Defendants' Offer of Judgment Pursuant to Rule 68, Fed.R.Civ.P. The Defendants' Rule 68 Offer of Judgment is attached hereto as **Exhibit "A"**. The Plaintiff's original acceptance is attached hereto as **Exhibit "B"**. Pursuant to Rule 68, the Defendants respectfully request that the Clerk of the Court enter judgment in Plaintiff's favor, in accordance with the terms outlined in Defendant's Rule 68 Offer of Judgment, and against the Defendants.

Dated: August 7, 2020
Lake Success, New York

Jamie S. Felsen, Esq.
MILMAN LABUDA LAW GROUP, PLLC
Attorneys for Defendants
Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens, LLC, Star Auto Sales of Queens County, LLC, Metro Chrysler Plymouth Inc, Star Hyundai, LLC, Star Nissan, Inc., 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue, LLC, 211-48 Jamaica Avenue, LLC, Koufakis Realty, LLC, Koufakis Realty 211-52 Jamaica Ave, LLC, The John M. Koufakis Grandchildrens Trust, Shailja Bhatnager and John A. Koufakis jointly, Steven M. Koufakis and Eileen Koufakis, jointly, and Lynn S. Koufakis and Michael Koufakis
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042
(516) 328-8899
jamie@mllaborlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jamie S. Felsen
JAMIE S. FELSEN