UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSENFIELD AND COMPANY, PLLC,

        Plaintiff,

v.                                                    Case No:  6:20-cv-857-Orl-78EJK

STAR AUTOMOTIVE GROUP, INC.,
STAR AUTO BODY OF QUEENS
VILLAGE, LLC, STAR AUTO SALES
OF BAYSIDE, INC., STAR AUTO
SALES OF QUEENS, LLC, STAR
AUTO SALES OF QUEENS COUNTY,
LLC, METRO CHRYSLER PLYMOUTH,
INC., STAR HYUNDAI, LLC, STAR
NISSAN, INC., 205-11 NORTHERN
BOULEVARD, LLC, 210-10 JAMAICA
AVENUE LLC, 211-48 JAMAICA
AVENUE, LLC, KOUFAKIS REALTY,
LLC, KOUFAKIS REALTY 211-52
JAMAICA AVENUE, LLC, THE JOHN
M. KOUFAKIS GRANDCHILDRENS
TRUST, SHAILJA BHATNAGER,
EILEEN KOUFAKIS, JOHN A
KOUFAKIS, LYNNE S. KOUFAKIS,
MICHAEL KOUFAKIS, and STEVEN M.
KOUFAKIS,

        Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on Defendants' Notice of Filing of Rule 68 Offer and Acceptance of Judgment (Doc. 13). On July 1, 2020, Defendants served their Offer of Judgment (Doc. 13-1) on Plaintiff, which it accepted on July 15, 2020. (Doc. 13-2 at 1–3). These Defendants consent to judgment being entered against them in the amounts listed, totaling $28,648.50, plus interest and costs:

1)     Star Auto Body of Queens Village, LLC–$99.00;

2)     Star Auto Sales of Bayside, Inc. d/b/a Star Toyota–$3,598.75;

3)     Star Auto Sales of Queens, LLC–$290.00;

4)     Star Auto Sales of Queens County, LLC d/b/a Star Fiat–$150.00;

5)     Metro Chrysler Plymouth, Inc. d/b/a Star Chrysler Jeep Dodge Ram SRT Fiat–$614.00;

6)     Star Hyundai, LLC d/b/a Star Hyundai Star Genesis of Bayside–$9,000.75;

7)     Star Nissan, Inc. d/b/a Star Nissan–$150.00;

8)     205-11 Northern Boulevard, LLC–$377.50;

9)     210-10 Jamaica Avenue LLC–$140.00;

10)     211-48 Jamaica Avenue, LLC–$140.00;

11)     Koufakis Realty, LLC–$280.00;

12)     Koufakis Realty 211-52 Jamaica Ave, LLC–$140.00;

13)     The John M. Koufakis Grandchildrens Trust–$364.50;

14)     Shailja Bhatnager and John A. Koufakis, jointly–$5,728.00;

15)     Steven M. Koufakis and Eileen Koufakis, jointly–$4,048.00; and

16)     Lynne S. Koufakis and Michael Koufakis, jointly–$3,528.00.

(Doc. 13-1 at 1–2). Under Federal Rule of Civil Procedure 54(d)(1), without court order, the Clerk of Court may directly tax costs with fourteen days' notice.

It is **ORDERED** and **ADJUDGED** as follows:

1. The Clerk of Court is directed to enter judgment in favor of Plaintiff according to the terms of Defendants' Offer of Judgment (Doc. 13-1), which Plaintiff accepted, as set forth herein.

2. After entry of judgment, the Clerk of Court is directed to terminate Star Auto Body of Queens Village, LLC; Star Auto Sales of Bayside, Inc.; Star Auto Sales of Queens, LLC; Star Auto Sales of Queens County, LLC; Metro Chrysler Plymouth, Inc.; Star Hyundai, LLC; Star Nissan, Inc.; 205-11 Northern Boulevard, LLC; 210-10 Jamaica Avenue LLC; 211-48 Jamaica Avenue, LLC; Koufakis Realty, LLC; Koufakis Realty 211-52 Jamaica Avenue, LLC; The John M. Koufakis Grandchildrens Trust; Shailja Bhatnager; Eileen Koufakis; John A. Koufakis; Lynne S. Koufakis; Michael Koufakis; and Steven M. Koufakis as Defendants in this action.

**DONE AND ORDERED** in Orlando, Florida on August 14, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record