**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROSENFIELD AND COMPANY, PLLC,**

    **Plaintiff,**

**v.**                                                                 Case No:   6:20-cv-857-Orl-78EJK

**STAR AUTOMOTIVE GROUP, INC.,**

    **Defendant.**

---

**ORDER TO SHOW CAUSE**

The Plaintiff is hereby **ORDERED TO SHOW CAUSE** by a written response filed on or before **September 1, 2020** why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed in the Court's Related Case Order and Track Two Notice (Doc. 4), filed on May 22, 2020, and shall file the Case Management Report. Failure to respond shall result in a dismissal of this action without further notice.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party