IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ROSENFIELD AND COMPANY, PLLC, a Florida Professional Limited Liability Company,<br><br>       Plaintiff,<br>v.<br><br>STAR AUTOMOTIVE GROUP, INC., a foreign corporation; STAR AUTO BODY OF QUEENS VILLAGE, LLC, a foreign limited liability company; STAR AUTO SALES OF BAYSIDE, INC., a foreign corporation, d/b/a STAR TOYOTA; STAR AUTO SALES OF QUEENS, LLC, a foreign limited liability company; STAR AUTO SALES OF QUEENS COUNTY, LLC, a foreign limited liability company, d/b/a STAR FIAT; METRO CHRYSLER PLYMOUTH INC., a foreign corporation, d/b/a STAR CHRYSLER JEEP DODGE RAM SRT FIAT; STAR HYUNDAI, LLC, a foreign limited liability company, d/b/a STAR HYUNDAI STAR GENESIS OF BAYSIDE; STAR NISSAN, INC., a foreign corporation, d/b/a STAR NISSAN; 205-11 NORTHERN BOULEVARD LLC, a foreign limited liability company; 210-10 JAMAICA AVENUE LLC, a foreign limited liability company; 211-48 JAMAICA AVENUE, LLC, a foreign limited liability company; KOUFAKIS REALTY, LLC, a foreign limited liability company; KOUFAKIS REALTY 211-52 JAMAICA AVENUE, LLC, a foreign limited liability company; THE JOHN M. KOUFAKIS GRANDCHILDRENS TRUST; SHAILJA BHATNAGER, an individual; EILEEN KOUFAKIS, an individual; JOHN A. KOUFAKIS, an individual; LYNNE S. KOUFAKIS, an individual; MICHAEL KOUFAKIS, an individual; and STEVEN M. KOUFAKIS, an individual,<br><br>       Defendants. | CASE NO.: 6:20-cv-857-Orl-78EJK |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Rosenfield and Company, PLLC, pursuant to Federal Rule of Civil Procedure

41(A)(1)(i), hereby gives notice of voluntary dismissal without prejudice of Defendant Star Automotive Group, Inc.

Respectfully submitted this 26th day of August, 2020,

/s/ Brock Magruder
**Jason Zimmerman**
Florida Bar No. 104392
Primary Email Address:
jason.zimmerman@gray-robinson.com
Secondary Email Address:
kathy.savage@gray-robinson.com
shawna.tucker@gray-robinson.com
**Brock Magruder**
Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
Telephone:  (407) 843-8880
Facsimile:  (407) 244-5690

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2020, I electronically filed the foregoing with the Clerk of the Court by using the EM/ECF system which will send a notice of electronic filing to:  Kyle C. Dudek [kyle.dudek@henlaw.com] [sarah.howie@henlaw.com], Henderson, Franklin, Starnes & Holt, Post Office Box 280, Fort Myers, Florida 33902-0280 and Jamie S. Felsen [jamiefelsen@mllaborlaw.com], Milman Labuda Law Group PLLC, 3000 Marcus Avenue, Suite 3W8, Lake Success, New York 11042.

                                */s/ Brock Magruder*  
                                **Brock Magruder**  
                                Florida Bar No. 112614