UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ROSENFIELD AND COMPANY, PLLC, )
a Florida Professional Limited Liability )
Company, )         No. 6:20-cv-00857
 )
      Plaintiff, )
 )
  v. )
 )
STAR AUTOMOTIVE GROUP, INC., a )
foreign corporation; STAR AUTO BODY OF )
QUEENS VILLAGE, LLC, a foreign limited )
liability company; STAR AUTO SALES OF )
BAYSIDE, INC., a foreign corporation, d/b/a )
STAR TOYOTA; STAR AUTO SALES OF )
QUEENS, LLC, a foreign limited liability )
company; STAR AUTO SALES OF QUEENS )
COUNTY, LLC, a foreign limited liability )
company, d/b/a STAR FIAT; METRO )
CHRYSLER PLYMOUTH INC., a foreign )
corporation, d/b/a STAR CHRYSLER JEEP )
DODGE RAM SRT FIAT; STAR HYUNDAI, )
LLC, a foreign limited liability company, )
d/b/a STAR HYUNDAI STAR GENESIS OF )
BAYSIDE; STAR NISSAN, INC., a foreign )
corporation, d/b/a STAR NISSAN; 205-11 )
NORTHERN BOULEVARD LLC, a foreign )
limited liability company; 210-10 JAMAICA )
AVENUE LLC, a foreign limited liability )
company; 211-48 JAMAICA AVENUE, LLC, )
a foreign limited liability company; )
KOUFAKIS REALTY, LLC, a foreign limited )
liability company; KOUFAKIS REALTY 211- )
52 JAMAICA AVENUE, LLC, a foreign )
limited liability company; THE JOHN M. )
KOUFAKIS GRANDCHILDRENS TRUST; )
SHAILJA BHATNAGER, an individual; )
EILEEN KOUFAKIS, an individual; JOHN )
A. KOUFAKIS, an individual; LYNNE S. )
KOUFAKIS, an individual; MICHAEL )
KOUFAKIS, an individual; and STEVEN M. )
KOUFAKIS, an individual, )
 )
      Defendants. )

## SATISFACTION OF JUDGMENT

    **COMES NOW**, the Plaintiff, Rosenfield and Company, PLLC, by and through its

undersigned counsel, and hereby acknowledges that the Judgment entered in this action in favor of the Plaintiff and against Defendants, Star Auto Body of Queens Village, LLC, Star Auto Sales of Bayside, Inc., Star Auto Sales of Queens, LLC, Star Auto Sales of Queens County, LLC, Metro Chrysler Plymouth Inc, Star Hyundai, LLC, Star Nissan, Inc., 205-11 Northern Boulevard, LLC, 210-10 Jamaica Avenue, LLC, 211-48 Jamaica Avenue, LLC, Koufakis Realty, LLC, 211-52 Jamaica Avenue, LLC (improperly denominated as Koufakis Realty 211-52 Jamaica Ave, LLC), The John M. Koufakis Grandchildrens Trust, Shailja Bhatnager and John A. Koufakis, Steven M. Koufakis and Eileen Koufakis, and Lynne S. Koufakis (improperly denominated as Lynn S. Koufakis) and Michael Koufakis (collectively, "Defendants"), having been paid in full, in the amount of $29,209.09, inclusive of interest and costs, is satisfied this 22 day of October, 2020. The Plaintiff consents that the same shall be satisfied of record.

Dated: October 22, 2020
Orlando, Florida

*(signature)*

**Brock Magruder**
Florida Bar No. 112614
Primary Email Address:
brock.magruder@gray-robinson.com
Secondary Email Address:
cindi.garner@gray-robinson.com
**GRAY|ROBINSON, P.A.**
301 East Pine Street, Suite 1400 (32801)
Post Office Box 3068
Orlando, Florida 32802
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

*Attorneys for Plaintiff*

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged before me this 22nd day of October 2020, by Brock Magruder, in his capacity as the attorney for Plaintiff, Rosenfield and Company, PLLC.

_____
Notary Public

Cynthia L. Garner
Print Name

My Commission Expires: 06/20/23

Personally Known ☑ or Produced Identification ☐

Type of Identification Produced _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Brock Magruder
**Brock Magruder**